UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: THE CATHOLIC BISHOP OF SPOKANE, a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation, sole,<br><br>　　　　　Debtor.<br>―――――――――――――<br>RONALD DANDER,<br><br>　　　　　Appellant,<br><br>THE CATHOLIC BISHOP OF SPOKANE a/k/a   THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole,<br><br>　　　　　Appellee. | NO.  CV-05-401-JLQ<br>Bankruptcy Case No. 004-08822<br><br><br><br>ORDER GRANTING MOTION TO TO DISMISS APPEAL |

**Before the Court** is Appellee The Catholic Bishop of Spokane's Motion to Dismiss the Appeal of Ronald Dander noted for hearing without oral argument on June 9, 2006.  On April 22, 2006, the court entered an Order denying the Motion to Dismiss at that time and giving the Appellant the opportunity to file and serve his appeal brief with facts to support a claim against the Spokane Diocese debtor on or before June 30, 2006 and stated that if no such brief with facts to support his claim against the Spokane Diocese Debtor is served and filed on or before June 30, 2006, the court would dismiss his appeal on that date.

On June 13, 2006, the pro se Appellant, who is a resident of Massachusetts, and a handicapped prison inmate there, filed another handwritten brief rambling

ORDER GRANTING MOTION
TO DISMISS APPEAL - 1

Case 2:05-cv-00401-JLQ   Document 30   Filed 06/27/06

on about a lawsuit he filed against the Diocese of Fall River MA against Sean O'Malley, Bernard Law, John Paul and James R. Porter where he obtained a default judgment against James R. Porter for failure to plead or otherwise defend. His previous attempt to state a clam in the Bankruptcy Court for this District or in this court did not include any claim against the Catholic Bishop of Spokane, the Spokane Diocese or any Priest or employee thereof.  In this court he attempted to say that James R. Porter and SW-01 of the Spokane Diocese sexually abused him, naming no Priest or Parish in Spokane.   His current brief, like his former ones are very difficult to read.  At first this court thought he was alleging that James Porter and a Joseph Knecht, an employee of the Spokane Diocese sexually abused him at St. Mark of the Rosary Parish, Chewelatt (sic), Spokane, WA.  However, giving the Appellant every benefit of the doubt the court has determined he is alleging that the abuse took place at St.  Mary of the Rosary Parish, in Chewelah, WA. However, he states no facts to support his claim.   At best he states that he was sexually abused at St. Mary of the Rosary Parish by James R. Porter and that SW-01 aka Joseph Knecht was a witness to the abuse.  He states no facts as to what he was doing in Washington or how or why James R. Porter a former Priest in Massachusetts, where Mr. Dander resides,  happened to be in Washington.

     Mr. Dander has a history of untimely filings, and failure to abide by court rules. He now attempts to claim that James R. Porter of the Massachusetts Diocese and a Joseph Knecht, an employee of the Spokane Diocese in concert sexually molested him at St. Mary of the Rosary Parish, Chewelah, Spokane, WA.
  There is no listing for  a Joseph Knecht in the Spokane telephone book.   Of course it possible that Joseph Knecht has passed away or moved from Spokane.  This could be the same reason that James R.  Porter did not answer his complaint in

TO DISMISS APPEAL - 2

Massachusetts. This court finds it very unlikely that anyone from the Spokane Diocese ever had anything to do with James R. Porter in Massachusetts and it is very clear that James R. Porter has never been associated in any way with any Catholic Parish in the Spokane Diocese.

Mr. Dander claims that the lower court abused its discretion by ruling the he did not have a right to discovery in regards to "John Doe Perpetrators such as SW-01, aka Joseph Knecht, a former priest at St. Mary of the Rosary Parish. However, Mr. Dander did not even attempt to name any Priest or Parish in the Diocese as a Defendant in the Bankruptcy Court or this court until now. He now attempts to identify SW-01 as an unknown Joseph Knecht with only the allegation that Joseph Knecht witnessed the abuse by James R. Porter.

Therefore, this court finds that the Diocese's Motion to Dismiss Mr. Dander's Appeal must be and is **Granted.**

**IT IS SO ORDERED.** The Clerk is directed to enter this Order and forward copies to Mr. Dander, counsel for the Bishop of Spokane, the Clerk of the Bankruptcy Court of this district, and close this file.

**DATED** this 27th day of June, 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO DISMISS APPEAL - 3